# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1965

_____

DOMENICK GRASSO,

Appellant,

v.

KARA S. GRASSO,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Stephen A. Pitre, Judge.

May 29, 2024

PER CURIAM.

AFFIRMED.

BILBREY and NORDBY, JJ., concur; TANENBAUM, J., dissents
without opinion.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Domenick Grasso, pro se, Appellant.

Ross A. Keene, Ross Keene Law, P.A., Pensacola, for Appellee.